USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/18/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TCC ASSET MANAGEMENT II LLC., <br><br> Plaintiff, <br><br> -against- <br><br> ANCHORAGE INVESTMENTS PARTNERS LLC, ET AL., <br><br> Defendants. | 23-cv-08203 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of Plaintiff's request for a Temporary Restraining Order ("TRO") ECF No. 10. Plaintiff's request for a TRO is hereby **DENIED**. Plaintiff is **ORDERED** to serve this Order and its preliminary injunction papers on Defendants by **September 19, 2023**. Defendants are **ORDERED** to respond on or by **September 22, 2023**. Plaintiff's reply, if any must be filed by **September 26, 2023 at 5:00 PM Eastern Time.**

The Court will hold a telephonic conference in this action for a preliminary injunction on **September 27, 2023 at 4:15 PM Eastern Time**. All Parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

SO ORDERED.

Dated: September 18, 2023
       New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**