AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| TCC Asset Management II LLC <br><br> *Plaintiff(s)* <br> v. <br> Anchorage Investment Partners LLC, Maplewood Partnership Interests LLC, Brock Woodham, Menacham Shapiro, Ezra Gontownik, and Joshua Hirth, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 23-cv-08203 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maplewood Partnership Interests LLC, 3411 SILVERSIDE RD STE 104, WILMINGTON, DE 19810-4809; and
Maplewood Partnership Interests LLC c/o CORPORATE CREATIONS NETWORK INC., 3411 SILVERSIDE ROAD TATNALL BUILDING STE 104, WILMINGTON, DE 19810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory Byrnes, Esq.
Anderson Law
104 W. 27th Street, 11th Floor
New York, NY 10001
Phone: 212-466-6570

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  09/19/2023                                                              /s/ P. Canales
                                                                                          *Signature of Clerk or Deputy Clerk*

