USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/20/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TCC ASSET MANAGEMENT II LLC.,

        Plaintiff,

-against-

ANCHORAGE INVESTMENTS
PARTNERS LLC, ET AL.,

        Defendants.

23-cv-08203 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the parties' joint letter motion requesting a revised briefing schedule and an adjournment of the preliminary injunction hearing. ECF No. 29.

    Defendants shall file their response on or before **September 29, 2023.** Plaintiff's reply, if any, shall be filed by **October 3, 2023.** The scheduled telephonic hearing is hereby **ADJOURNED.**

    The Court will hold a telephonic conference in this action for a preliminary injunction on **October 10, 2023 at 1:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

SO ORDERED.

Dated:    September 20, 2023
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**