

Jeffrey T. Strauss
*Partner*
212 909-9615 DIR TEL
212 909-9432 DIR FAX
strauss@wmllp.com

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

WWW.WMLLP.COM

**MEMO ENDORSED**

September 27, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **9/27/23**

**Via ECF & E-Mail (ALCarterNYSDChambers@nysd.uscourts.gov)**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re: *TCC Asset Management II LLC v. Anchorage Investment Partners LLC, et al*.
       Case No.: 1:23-cv-08203-ALC

Dear Judge Carter:

    As you may recall from our September 20, 2023 letter to the Court (ECF Doc. 29), we are counsel to the defendants in this action.  The plaintiff is represented by Bryan Anderson, Esq. and Gregory Byrnes, Esq. of Anderson Law.

    Following our engagement, we have been working with plaintiff's counsel to resolve the plaintiff's pending motion for a preliminary injunction (ECF Doc. 10) and we have made considerable progress in that regard.  Pursuant to Your Honor's Order, dated September 20, 2023 (ECF Doc. 30), the motion is presently returnable on October 10, 2023 and our opposing papers are due on September 29, 2023.

    In order to be able to continue counsels' efforts to resolve the motion to fruition, we write to the Court jointly on behalf of all parties to respectfully request that the briefing schedule that was set forth in your September 20, 2023 Order be modified as follows:  (i) defendants shall file their response to the plaintiff's motion on October 6, 2023; and (ii) the plaintiff's reply; if any, shall be filed by October 10, 2023 at 5:00 PM Eastern Time.  All parties respectfully request that the telephonic conference scheduled for October 10, 2023 at 1:00 PM Eastern Time be adjourned to a date and time that is convenient for the Court.

{100623-001/00407137-1}

Hon. Andrew L. Carter, U.S.D.J.
September 27, 2023
Page 2

      We have made one prior application for scheduling modifications in connection with the plaintiff's pending motion which was granted by the Court in its Order, dated September 20, 2023 (ECF Doc. 30), All parties have consented to the proposed modified briefing schedule set forth above in order to facilitate the continuation of settlement negotiations, and so we respectfully request that the Court enter an Order reflecting this modified schedule as well as the new conference date.

Respectfully submitted,

/s/ *Jeffrey T. Strauss*

Jeffrey T. Strauss

cc: All Counsel of Record (via ECF and E-Mail)

The parties' request is **GRANTED.** Defendants' response is due **October 6, 2023**. The Plaintiff's reply, if any, is due **October 10, 2023**. The preliminary injunction hearing currently scheduled for October 10, 2023 is **ADJOURNED** until **October 24, 2023 at 12:00 PM Eastern Time.** All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: September 27, 2023

{100623-001/00407137-1}