

Jeffrey T. Strauss
*Partner*
212 909-9615 DIR TEL
212 909-9432 DIR FAX
strauss@wmllp.com

WWW.WMLLP.COM

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

October 3, 2023

**Via ECF & E-Mail (ALCarterNYSDChambers@nysd.uscourts.gov)**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re: *TCC Asset Management II LLC v. Anchorage Investment Partners LLC, et al.*
       Case No.: 1:23-cv-08203-ALC

Dear Judge Carter:

  As you may recall from our prior joint letter motions to the Court (ECF Docs. 29 & 31), we are counsel to the defendants in this action and the plaintiff is represented by Bryan Anderson, Esq. and Gregory Byrnes, Esq. of Anderson Law.

  In our earlier letters to the Court, I advised that counsel for the parties were working on the resolution of the plaintiff's pending motion for a preliminary injunction (ECF Doc. 10); and I now write to advise the Court that our efforts have been successful.

  Accordingly, all parties respectfully request that the Court So Order the enclosed Stipulation, dated October 3, 2023 (the "Stipulation"), which has been fully executed by counsel. The Stipulation provides, in relevant part, that: (i) the defendants acknowledge and accept service of the Summons and Complaint and waive jurisdictional defenses; (ii) the plaintiff's Order to Show Cause in support of the motion seeking a preliminary injunction (ECF Doc. 10), which is presently returnable on October 24, 2023, is withdrawn without prejudice; and (iii) the defendants shall answer, move, or otherwise respond to the Complaint (ECF Doc. 11) on or before November 22, 2023.

{100623-002/00407932-1}

Hon. Andrew L. Carter, U.S.D.J.
October 3, 2023
Page 2

      We have made two prior applications in connection with the plaintiff's pending motion which were granted by the Court, but this is our first request in support of the withdrawal of the motion (without prejudice) and the request that the enclosed Stipulation be So Ordered and that the telephonic conference scheduled for October 24, 2023 at 12:00 PM be cancelled.

      Respectfully submitted,

      /s/ *Jeffrey T. Strauss*

      Jeffrey T. Strauss

JTS:eat
Enclosure

cc:  All Counsel of Record (via ECF and E-Mail)

UNITED STATES DISTRICT COURT FOR THE
SOUTEHRN DISTRICT OF NEW YORK
− − − − − − − − − − − − − − − − − − − − − − − − − − − − − − X

| | |
|---|---|
| TCC ASSET MANAGEMENT II LLC, | 1:23-cv-08203-ALC |
| Plaintiff. | **STIPULATION** |
| -against- | |
| ANCHORAGE INVESTMENT PARTNERS LLC, MAPLEWOOD PARTNERSHIP INTEREST LLC, BROCK WOODHAM, MENACHAM SHAPIRO, EZRA GONTOWNIK and JOSHUA HIRTH, | |
| Defendants. | |

− − − − − − − − − − − − − − − − − − − − − − − − − − − − − −

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties in the above captioned action, as follows:

1. Defendants acknowledge and accept service of the Summons and the Complaint and waive any and all jurisdictional defenses;

2. Plaintiff's Order to Show Cause, presently returnable on October 24, 2023, is hereby withdrawn without prejudice;

3. Defendants shall answer, move, or otherwise respond to the Complaint on or before November 22, 2023; and

4. For the purpose of filing, facsimile or electronic signatures shall be deemed originals.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

{100623-001/00407847-1}

Dated: New York, New York
October 3, 2023

| | |
|---|---|
| ANDERSON LAW<br>*Attorneys for Plaintiff* | WACHTEL MISSRY LLP<br>*Attorneys for Defendants* |
| By:   /s/ *Gregory Byrnes*<br>Gregory A. Byrnes<br>104 W 27th Street, 11th Floor<br>New York, New York 10001<br>(212) 466-6570<br>gregory@andersonlaw.nyc | By:   /s/ *Jeffrey T. Strauss*<br>Jeffrey T. Strauss<br>885 Second Avenue, 47th Floor<br>New York, New York 10017<br>212-909-9500<br>strauss@wmllp.com |